COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-21-00728-CV

Style:                  GetLinks Inc. v. Kalibrr Inc.

Date motion filed[*]:   January 28, 2022

Type of motion:         Motion for extension of time to file appellant's brief

Party filing motion:    Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated? No

If motion to extend time:

      Original due date:

      Number of previous extensions granted:     0     Current Due date:

      Date Requested:

Ordered that motion is:

    ☐Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☐Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒Other: _____

**Contrary to appellant's request to extend the time to file appellant's brief, no deadline for the filing of appellant's brief has been set because the complete appellate record has not yet been filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we dismiss appellant's motion as moot.**

Judge's signature:_____/s/ Sherry Radack_____
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of_____

Date: ___February 3, 2022_____